NEIL SHINLEY V. STATE OF NEBRASKA.

FILED NOVEMBER 21, 1930. No. 27595.

*Perry, Van Pelt & Marti, K. F. Williams, L. A. Kiplinger* and *J. P. O'Gara*, for plaintiff in error.

*C. A. Sorensen, Attorney General*, and *Clifford L. Rein, contra.*

Heard before GOSS, C. J., ROSE, DEAN, GOOD, THOMPSON, EBERLY and DAY, JJ.

PER CURIAM.

This is a proceeding in error brought to this court by Neil Shinley for a review of the judgment of the district court for Frontier county wherein he was convicted upon a charge of unlawful transportation of intoxicating liquor.

We have carefully examined the record and find the same to be free from prejudicial error. The judgment of the district court is therefore

AFFIRMED.